# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Michael Thomas Cook a/k/a Michael T. Cook, a/k/a Michael Cook<br><br>Samantha Ann Robayo a/k/a Samantha A. Robayo, a/k/a Samantha Robayo, a/k/a Samantha Robayo-Freymuth, a/k/a Samantha Ann Robayo-Freymuth, a/k/a Samantha A. Robayo-Freymuth<br>Debtor(s) | **BK NO. 23-00772 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
12 Apr 2023, 13:59:55, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322