Certificate Number: 12433-PAM-DE-037410069

Bankruptcy Case Number: 23-00772



12433-PAM-DE-037410069

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2023, at 10:01 o'clock AM EDT, Samantha A. Robayo completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 8, 2023  By: /s/Candace Jones

Name: Candace Jones

Title: Counselor