United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael Thomas Cook  
Samantha Ann Robayo  
    Debtors

Case No. 23-00772-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 08, 2023      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Thomas Cook, Samantha Ann Robayo, 162 Overbrook Run, Milford, PA 18337-9722 |
| cr | + | Heritage Financial Credit Union f/n/a Hudson Herit, 600 Third Avenue, Kingston, PA 18704-5815 |
| 5532883 | | BON SECOURS COMMUNITY HOSPITAL, PO BOX 742791, ATLANTA, GA 30374-2791 |
| 5532894 | | GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES, NJ 08043-4847 |
| 5532895 | + | HUDSON HERITAGE FCU, 25 RYKOWSKI LANE, MIDDLETOWN, NY 10941-4019 |
| 5538291 | + | Heritage Financial Credit Union, 600 Third Avenue, Kingston, PA 18704-5815 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 18:52:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5532881 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 08 2023 18:38:00 | BANK OF AMERICA, 4060 OGLETOWN STANTON RD, DE5-019-03-07, NEWARK, DE 19713 |
| 5532882 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2023 18:52:49 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5532884 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2023 18:52:40 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5532886 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 08 2023 18:52:40 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 5532887 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 08 2023 18:39:00 | CCS COLLECTIONS, 725 CANTON STREET, NEWTON, MA 02062-2679 |
| 5532888 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 18:39:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5532889 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 18:39:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5532890 | + | Email/PDF: creditonebknotifications@resurgent.com | May 08 2023 18:52:21 | CREDIT ONE BANK, 6801 S CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 5534184 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 18:52:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5537471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 18:52:02 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5532891 | | Email/Text: mrdiscen@discover.com | May 08 2023 18:38:00 | DISCOVER, PO BOX 15316, WILMINGTON, DE 19850 |
| 5533975 | | Email/Text: mrdiscen@discover.com | May 08 2023 18:38:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5532892 | + | Email/Text: EBN@edfinancial.com | May 08 2023 18:39:00 | ED FINANCIAL/ESA, 120 N SEVEN OAKS DR, KNOXVILLE, TN 37922-2359 |
| 5532893 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 08 2023 18:39:00 | FEB - RETAIL, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5532896 | | Email/Text: PBNCNotifications@peritusservices.com | May 08 2023 18:38:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5532897 | | Email/PDF: ebnotices@pnmac.com | May 08 2023 18:52:06 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5533337 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5532898 | | Email/PDF: gecsedi@recoverycorp.com | May 08 2023 18:51:31 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5536563 | + | Email/Text: EBN@edfinancial.com | May 08 2023 18:39:00 | US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5532885 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James T. Shoemaker | on behalf of Creditor Heritage Financial Credit Union f/n/a Hudson Heritage Federal Credit Union c/o James T. Shoemaker Esq jshoemaker@hkqpc.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

Vincent Rubino
    on behalf of Debtor 1 Michael Thomas Cook
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
    on behalf of Debtor 2 Samantha Ann Robayo
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Michael Thomas Cook,<br>aka Michael T. Cook, aka Michael Cook, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−00772−MJC |
| Samantha Ann Robayo,<br>aka Samantha Robayo, aka Samantha A. Robayo, aka Samantha Robayo−Freymuth, aka Samantha A. Robayo−Freymuth, aka Samantha Ann Robayo−Freymuth, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 8, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: June 15, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 8, 2023 |

ntcnfhrg (08/21)