IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL THOMAS COOK<br>aka MICHAEL T. COOK<br>aka MICHAEL COOK AND<br>SAMANTHA ANN ROBAYO<br>aka SAMANTHA A. ROBAYO<br>aka SAMANTHA ROBAYO<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>Debtors<br><br>CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant | CASE NO.: 5:23-bk-00772-MJC<br><br>CHAPTER 13<br><br>Nature of Proceeding: Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay<br><br>Pleading: Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay<br><br>Document#: 26 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☒ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 6/6/23

*/s/ Regina Cohen*
Regina Cohen   Attorney for Capital One Auto Finance, a division of Capital One, N.A.