**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION**

| | |
|---|---|
| IN RE:<br><br>MICHAEL THOMAS COOK<br>aka MICHAEL T. COOK<br>aka MICHAEL COOK AND<br>SAMANTHA ANN ROBAYO<br>aka SAMANTHA A. ROBAYO<br>aka SAMANTHA ROBAYO    Debtors<br><br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br><br>CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br>                         Movant<br>vs.<br><br>MICHAEL THOMAS COOK<br>aka MICHAEL T. COOK<br>aka MICHAEL COOK AND<br>SAMANTHA ANN ROBAYO<br>aka SAMANTHA A. ROBAYO<br>aka SAMANTHA ROBAYO<br>                      Respondents<br>and<br><br>JACK N ZAHAROPOULOS<br>                      Trustee | CHAPTER 13<br><br>CASE NO.: 5:23-bk-00772-MJC<br><br>STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |

**ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

By the Court,

_____
Mark J Conway, United States Bankruptcy Judge

Dated: