UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **MICHAEL THOMAS COOK,** | : | |
| a/k/a MICHAEL T. COOK, | : | CASE NO.: 5:23-bk-00772 |
| a/k/a MICHAEL COOK, | : | |
| and SAMANTHA ANN ROBAYO, | : | |
| a/k/a SAMANTHA A. ROBAYO, | : | |
| a/k/a SAMANTHA ROBAYO, | : | |
| a/k/a SAMANTHA ANN ROBAYO- | : | |
| FREYMUTH, | : | |
| a/k/a SAMANTHA A. ROBAYO- | : | |
| FREYMUTH, | : | |
| a/k/a SAMANTHA ROBAYO- | : | |
| FREYMUTH, | : | |
| **Debtors** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **MICHAEL THOMAS COOK,** | : | |
| a/k/a MICHAEL T. COOK, | : | |
| a/k/a MICHAEL COOK, | : | |
| and SAMANTHA ANN ROBAYO, | : | |
| a/k/a SAMANTHA A. ROBAYO, | : | |
| a/k/a SAMANTHA ROBAYO, | : Motion to Approve Partial Claim Mortgage |
| a/k/a SAMANTHA ANN ROBAYO- | : | |
| FREYMUTH, | : | |
| a/k/a SAMANTHA A. ROBAYO- | : | |
| FREYMUTH, | : | |
| a/k/a SAMANTHA ROBAYO- | : | |
| FREYMUTH, | : | |
| Movants, | : | |
| | : | |
| **PENNYMAC LOAN SERVICES, LLC,** | : | |
| Respondent, | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF MAILING:**
**MOTION TO APPROVE PARTIAL CLAIMS MORTGAGE**

    I hereby certify that on January 8, 2024 I caused to be served by first class mail, postage prepaid, true and correct copies of the foregoing **Motion to Approve Partial Claims Mortgage** in the above referenced case on creditors listed on the attached mailing matrix, excluding the Office of the US Trustee and the Trustee, who were served through CM/ECF system.

Date: <u>January 8, 2024</u>

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert Kidwell
Robert Kidwell, Esquire
Attorney for Debtor
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    Heritage Financial Credit Union f/n/a Hudson
0314-5                                   4515 N Santa Fe Ave. Dept. APS                  600 Third Avenue
Case 5:23-bk-00772-MJC                   Oklahoma City, OK 73118-7901                    Kingston, PA 18704-5815
Middle District of Pennsylvania
Wilkes-Barre
Mon Jan  8 09:31:24 EST 2024

United States Trustee                    U.S. Bankruptcy Court                           BANK OF AMERICA
US Courthouse                            Max Rosenn U.S. Courthouse                      4060 OGLETOWN STANTON RD
1501 N. 6th St                           197 South Main Street                           DE5-019-03-07
Harrisburg, PA 17102-1104                Wilkes-Barre, PA 18701-1500                     NEWARK, DE 19713


BEST BUY/CBNA                            BON SECOURS COMMUNITY HOSPITAL                  Bank of America, N.A.
PO BOX 6497                              PO BOX 742791                                   PO Box 673033
SIOUX FALLS, SD 57117-6497               ATLANTA, GA 30374-2791                          Dallas, TX 75267-3033


CAPITAL ONE                              CAPITAL ONE AUTO FINANCE                        CCS COLLECTIONS
PO BOX 31293                             PO BOX 60511                                    725 CANTON STREET
SALT LAKE CITY, UT 84131-0293            CITY OF INDUSTRY, CA 91716-0511                 NEWTON, MA 02062-2679


COMENITY BANK                            COMENITY CAPITAL BANK                           CREDIT ONE BANK
BANKRUPTCY DEPT                          BANKRUPTCY DEPARTMENT                           6801 S CIMARRON ROAD
PO BOX 182125                            PO BOX 183043                                   LAS VEGAS, NV 89113-2273
COLUMBUS, OH 43218-2125                  COLUMBUS, OH 43218-3043


Capital One Auto Finance, a division of  Capital One Auto Finance, a division of Capi   Capital One N.A.
AIS Portfolio Services, LLC              P.O. Box 4360                                   by American InfoSource as agent
4515 N Santa Fe Ave. Dept. APS           Houston, TX 77210-4360                          PO Box 71083
Oklahoma City, OK 73118-7901                                                             Charlotte, NC  28272-1083


(p)DISCOVER FINANCIAL SERVICES LLC       Discover Bank                                   ED FINANCIAL/ESA
PO BOX 3025                              Discover Products Inc                           120 N SEVEN OAKS DR
NEW ALBANY OH 43054-3025                 PO Box 3025                                     KNOXVILLE, TN 37922-2359
                                         New Albany, OH  43054-3025


FEB - RETAIL                             GB COLLECTS LLC                                 HUDSON HERITAGE FCU
PO BOX 4499                              1253 HADDONFIELD BERLIN RD                      25 RYKOWSKI LANE
BEAVERTON, OR 97076-4499                 VOORHEES, NJ 08043-4847                         MIDDLETOWN, NY 10941-4019


Heritage Financial Credit Union          (p)JEFFERSON CAPITAL SYSTEMS LLC                KOHLS/CAPITAL ONE
600 Third Avenue                         PO BOX 7999                                     PO BOX 3115
Kingston, PA 18704-5815                  SAINT CLOUD MN 56302-7999                       MILWAUKEE, WI 53201-3115


LVNV Funding, LLC                        PENNYMAC LOAN SERVICES                          Pennsylvania Department of Revenue
Resurgent Capital Services               ATTN: CORRESPONDENCE UNIT                       Bankruptcy Division PO Box 280946
PO Box 10587                             PO BOX 514387                                   Harrisburg PA  17128-0946
Greenville, SC 29603-0587                LOS ANGELES, CA 90051-4387
```

| | | |
|---|---|---|
| PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO, FL 32896-5061 |
| US Dept. of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Michael Thomas Cook<br>162 Overbrook Run<br>Milford, PA 18337-9722 |
| Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 | Samantha Ann Robayo<br>162 Overbrook Run<br>Milford, PA 18337-9722 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DISCOVER<br>PO BOX 15316<br>WILMINGTON, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)PENNYMAC LOAN SERVICES, LLC | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                   43 |