IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **MICHAEL THOMAS COOK,** | : | |
| a/k/a MICHAEL T. COOK, | : | CASE NO.: 5:23-bk-00772 |
| a/k/a MICHAEL COOK, | : | |
| and SAMANTHA ANN ROBAYO, | : | |
| a/k/a SAMANTHA A. ROBAYO, | : | |
| a/k/a SAMANTHA ROBAYO, | : | |
| a/k/a SAMANTHA ANN ROBAYO-FREYMUTH, | : | |
| a/k/a SAMANTHA A. ROBAYO-FREYMUTH, | : | |
| a/k/a SAMANTHA ROBAYO-FREYMUTH, | : | |
| **Debtors** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **MICHAEL THOMAS COOK,** | : | |
| a/k/a MICHAEL T. COOK, | : | |
| a/k/a MICHAEL COOK, | : | |
| and SAMANTHA ANN ROBAYO, | : | |
| a/k/a SAMANTHA A. ROBAYO, | : | |
| a/k/a SAMANTHA ROBAYO, | : | Motion to Approve Partial Claim Mortgage |
| a/k/a SAMANTHA ANN ROBAYO-FREYMUTH, | : | |
| a/k/a SAMANTHA A. ROBAYO-FREYMUTH, | : | |
| a/k/a SAMANTHA ROBAYO-FREYMUTH, | : | |
| Movants, | : | |
| | : | |
| **PENNYMAC LOAN SERVICES, LLC,** | : | |
| Respondent, | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF NO OBJECTION

AND NOW comes Debtors, **Michael Thomas Cook** and **Samantha Ann Robayo**, by and through their attorneys NEWMAN WILLIAMS, P.C., and hereby certify the following:

1. On January 8, 2024, the undersigned filed a Motion to Approve Partial Claim

Mortgage which was served on the parties listed on the mailing matrix on January 8, 2024.

2. According to the Notice, objections were due on or before January 29, 2024.

3. As of January 31, 2024, no Objections to the Motion to Approve Partial Claim Mortgage have been filed with your Honorable Court.

**WHEREFORE,** the Movant respectfully requests an Order granting the Motion to Approve Partial Claim Mortgage.

Dated: <u>January 31, 2024</u>

**NEWMAN WILLIAMS, P.C.**

By: <u>/s/ Robert J. Kidwell</u>
Attorney for Debtor