## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T. COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-                          CHAPTER 13
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A. ROBAYO
SAMANTHA ROBAYO,SAMANTHA                      CASE NO: 5-23-00772-MJC
ROBAYO-FREYMUTH
                            Debtor(s)


JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                            Movant
vs.
MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T. COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A. ROBAYO
SAMANTHA ROBAYO,SAMANTHA
ROBAYO-FREYMUTH
                            Respondent(s)

### TRUSTEE'S AMENDED MOTION TO DISMISS CASE

AND NOW, on July 15, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    July 15, 2024                      Respectfully submitted,

                                             /s/   Agatha R. McHale, Esquire
                                             ID:  47613
                                             Attorney for Trustee
                                             Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA 17036
                                             Phone:  (717) 566-6097
                                             email:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-                CHAPTER 13
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA                     CASE NO: 5-23-00772-MJC
ROBAYO-FREYMUTH
                        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                  Movant
vs.
MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA
ROBAYO-FREYMUTH
            Respondent(s)


## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    August 22, 2024
Time:   10:00 AM
       U.S. Bankruptcy Court
       Max Rosenn U.S. Courthouse
       197 S. Main Street
       Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 4886.00**
   **AMOUNT DUE FOR THIS MONTH: $1634.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $6520.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**
   **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    July 15, 2024

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-             CHAPTER 13
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA                 CASE NO: 5-23-00772-MJC
ROBAYO-FREYMUTH
                   Debtor(s)


       JACK N. ZAHAROPOULOS
       CHAPTER 13 TRUSTEE
                 Movant

vs.
       MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA
ROBAYO-FREYMUTH
                 Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 10, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

VINCENT RUBINO, ESQUIRE                UNITED STATES TRUSTEE
712 MONROE STREET                    1501 NORTH 6TH STREET
P.O. BOX 511                            PO BOX 302
STROUDSBURG PA  18360-0511         HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

MICHAEL THOMAS COOK
SAMANTHA ANN ROBAYO
162 OVERBROOK RUN
MILFORD  PA   18337

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 15, 2024                              /s/  Tammy Life
                                                  Office of the Standing Chapter 13 Trustee
                                                  Jack N. Zaharopoulos
                                                  Suite A, 8125 Adams Dr.
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MICHAEL THOMAS COOK
         AKA: MICHAEL COOK, MICHAEL T.
         COOK
         SAMANTHA ANN ROBAYO
         AKA: SAMANTHA A. ROBAYO-
         FREYMUTH, SAMANTHA ANN
         ROBAYO-FREYMUTH, SAMANTHA
         A. ROBAYO,SAMANTHA
         ROBAYO,SAMANTHA ROBAYO-
         FREYMUTH

                                            CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                 Movant               CASE NO: 5-23-00772-MJC

         vs.

         MICHAEL THOMAS COOK
         AKA: MICHAEL COOK, MICHAEL T.
         COOK
         SAMANTHA ANN ROBAYO
         AKA: SAMANTHA A. ROBAYO-
         FREYMUTH, SAMANTHA ANN
         ROBAYO-FREYMUTH, SAMANTHA
         A. ROBAYO,SAMANTHA
         ROBAYO,SAMANTHA ROBAYO-
         FREYMUTH


**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.