## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-          CHAPTER 13
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA          CASE NO: 5-23-00772-MJC
ROBAYO-FREYMUTH
                Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                 Movant
vs.
        MICHAEL THOMAS COOK
        MICHAEL COOK, MICHAEL T.
        COOK
        SAMANTHA ANN ROBAYO
        SAMANTHA A. ROBAYO-
        FREYMUTH, SAMANTHA ANN
        ROBAYO-FREYMUTH,
        SAMANTHA A.
        ROBAYO,SAMANTHA
        ROBAYO,SAMANTHA
        ROBAYO-FREYMUTH
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 8, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     January 8, 2026                 Respectfully submitted,

                                           /s/    Agatha R. McHale, Esquire
                                           ID:  47613
                                           Attorney for Trustee
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone:  (717) 566-6097
                                           email:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-              CHAPTER 13
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA               CASE NO: 5-23-00772-MJC
ROBAYO-FREYMUTH
                      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                  Movant
vs.
MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA
ROBAYO-FREYMUTH
                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: February 19, 2026
Time: 10:00 AM
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA 18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 4504.00**
   **AMOUNT DUE FOR THIS MONTH: $1876.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $6380.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated: January 8, 2026

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-          CHAPTER 13
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA          CASE NO: 5-23-00772-MJC
ROBAYO-FREYMUTH
                Debtor(s)

        JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant
vs.
MICHAEL THOMAS COOK
MICHAEL COOK, MICHAEL T.
COOK
SAMANTHA ANN ROBAYO
SAMANTHA A. ROBAYO-
FREYMUTH, SAMANTHA ANN
ROBAYO-FREYMUTH,
SAMANTHA A.
ROBAYO,SAMANTHA
ROBAYO,SAMANTHA
ROBAYO-FREYMUTH
                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 8, 2026, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served

electronically.

Served Electronically

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG PA  18360-0511

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

MICHAEL THOMAS COOK
SAMANTHA ANN ROBAYO
162 OVERBROOK RUN
MILFORD  PA  18337

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 8, 2026

/s/  Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    MICHAEL THOMAS COOK
          AKA: MICHAEL COOK, MICHAEL T.
          COOK
          SAMANTHA ANN ROBAYO
          AKA: SAMANTHA A. ROBAYO-
          FREYMUTH, SAMANTHA ANN
          ROBAYO-FREYMUTH, SAMANTHA
          A. ROBAYO,SAMANTHA
          ROBAYO,SAMANTHA ROBAYO-
          FREYMUTH

                                CHAPTER 13

               Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
               Movant              CASE NO: 5-23-00772-MJC

          vs.

          MICHAEL THOMAS COOK
          AKA: MICHAEL COOK, MICHAEL T.
          COOK
          SAMANTHA ANN ROBAYO
          AKA: SAMANTHA A. ROBAYO-
          FREYMUTH, SAMANTHA ANN
          ROBAYO-FREYMUTH, SAMANTHA
          A. ROBAYO,SAMANTHA
          ROBAYO,SAMANTHA ROBAYO-
          FREYMUTH

**<u>ORDER DISMSSING CASE</u>**

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.